IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CR-231-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JANELLE MONTOYA DOUGLAS, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 59) filed by Eben Rawls, concerning Edward V. Sapone, Esq., on June 23, 2017. Mr. Edward V. Sapone, Esq. seeks to appear as counsel *pro hac vice* for Defendant Janelle Montoya Douglas. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 59) is **GRANTED.** Mr. Edward V. Sapone, Esq. is hereby admitted *pro hac vice* to represent Defendant Janelle Montoya Douglas. The Court is informed that this matter currently remains pending on Chief Judge Frank D. Whitney's July 10, 2017 trial term.

**SO ORDERED**.

Signed: June 26, 2017

David C. Keesler
United States Magistrate Judge