UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:16-cr-00231-FDW |
|---|---|
| v. | ) **ORDER TO DISMISS THE INDICTMENT** |
| (1) JANELLE MONTOYA DOUGLAS | ) |

Leave of Court is hereby granted for Counts 1 and 2 of the dismissal of the Bill of Indictment (only as it pertains to (1) Janelle Montoya Douglas) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

This 29th day of August, 2017.

Signed: August 29, 2017

Frank D. Whitney
Chief United States District Judge